**From:** Zoe Johnson <@colorado.edu>
**Sent:** Friday, November 1, 2024 12:25 PM
**To:** Elizabeth Swanson <@Colorado.EDU>
**Subject:** Re: meeting today?

Please tell me in writing what I am being accused of. I've been accused of misconduct without any reference as to what I said.

**From:** Elizabeth Swanson <@Colorado.EDU>
**Sent:** Friday, November 1, 2024 11:59 AM
**To:** Zoe Johnson <@colorado.edu>
**Cc:** Matthew J Roeder <@colorado.edu>; Alexis Elizabeth McClain <@Colorado.EDU>; Coreen Duffy <@colorado.edu>
**Subject:** Re: meeting today?

Zoë,

**EXHIBIT 1**

This is a serious matter. The information shared with me by other students is a concern for the entire choir. As a faculty member who is considered a responsible authority, <u>I am</u> <u>required</u> to report this to the Office of Institutional Equity and Compliance (OIEC), which I have now done.

I will no longer pursue a 1:1 meeting with you. You can expect the OIEC to be in contact with you. If your behavior continues, you will be removed from the ensemble.

Dr. Swanson

---

**From:** Zoe Johnson                @colorado.edu>
**Sent:** Thursday, October 31, 2024 11:50 AM
**To:** Elizabeth Swanson               @Colorado.EDU>
**Subject:** Re: meeting today?

Dr. Swanson,
I won't be meeting with you on Monday or Tuesday. We're all adults. I don't wish to discuss this anymore.

---

**From:** Elizabeth Swanson               @Colorado.EDU>
**Sent:** Thursday, October 31, 2024 11:13 AM
**To:** Zoe Johnson            @colorado.edu>
**Subject:** Re: meeting today?

Zoë:

A professor requesting a conversation with a student is not harassment. This is an issue that has come to affect a significant number of choir members and therefore falls under my purview.

What is your availability on Monday and Tuesday to meet in person?

Dr. Swanson


Get Outlook for iOS

---

**From:** Zoe Johnson <            @colorado.edu>
**Sent:** Thursday, October 31, 2024 10:31 AM
**To:** Elizabeth Swanson               @Colorado.EDU>
**Subject:** Re: meeting today?

Dr. Swanson,

Please put in writing what you have found offensive. I have a lot to take care of and this is not my top priority. This is starting to feel like harassment. If a student has an issue with me, it's the student's responsibility to talk to me. We're all adults.

**From:** Elizabeth Swanson                    @Colorado.EDU>
**Sent:** Wednesday, October 30, 2024 4:08 PM
**To:** Zoe Johnson              @colorado.edu>
**Subject:** Re: meeting today?

Zoë,
This issue actually affects the greater whole, beyond individuals alone, which is why it's important that you and I meet. Our meeting will not take long, but it's imperative that we speak. Ultimately, I'd like to try and understand where you're coming from. If you're unable to meet from 4:45-4:55 today, we'll need to find a meeting time for Monday or Tuesday... Please send your availability for both days.
Best,
Dr. Swanson

Get Outlook for iOS

**From:** Zoe Johnson              @colorado.edu>
**Sent:** Wednesday, October 30, 2024 3:58:41 PM
**To:** Elizabeth Swanson                    @Colorado.EDU>
**Subject:** Re: meeting today?

Dr. Swanson, with all due respect,
If I offended them, they are welcome to come to me. I also have an online class at 5pm, so I won't be able to meet at 4:45. I truly never mean to hurt anyone, but I believe that students should have the emotional maturity to resolve any issues they have with me on their own. I hope we can move on with mutual respect and understanding. I respect your capabilities as our director, but it is the responsibility of individuals to come to me if I've offended them.

Kind regards,

Zoë Johnson.

**From:** Elizabeth Swanson                    @Colorado.EDU>
**Sent:** Wednesday, October 30, 2024 3:37 PM
**To:** Zoe Johnson              @colorado.edu>
**Subject:** Re: meeting today?

Ok let's meet at 4:45? Some fellow choir members brought concerns to me that I'd like to discuss with you.

Get Outlook for iOS

**From:** Zoe Johnson              @colorado.edu>
**Sent:** Wednesday, October 30, 2024 3:36:25 PM
**To:** Elizabeth Swanson                    @Colorado.EDU>
**Subject:** Re: meeting today?

I'm in voice studio until 4:25. Can you tell me what it's in regards to?

**From:** Elizabeth Swanson <​@Colorado.EDU>
**Sent:** Wednesday, October 30, 2024 3:27 PM
**To:** Zoe Johnson <​@colorado.edu>
**Subject:** Re: meeting today?

Are you available between now and 4:20? I'm in my office.

Get [Outlook for iOS](#)

**From:** Zoe Johnson <​@colorado.edu>
**Sent:** Wednesday, October 30, 2024 2:31:32 PM
**To:** Elizabeth Swanson <​1@Colorado.EDU>
**Subject:** Re: meeting today?

Hey,

I'm so sorry. I just saw this. When would you like to meet? What is it in regards to?

**From:** Elizabeth Swanson <​@Colorado.EDU>
**Sent:** Wednesday, October 30, 2024 11:13 AM
**To:** Zoe Johnson <​@colorado.edu>
**Subject:** meeting today?

Hi Zoë,

I hope you're well. I'm wondering whether you're available to meet with me 1:1 either right before today's U Choir rehearsal or immediately afterward. I'd like to talk with you for about 10 minutes about a few concerns.

Thank you,
Dr. Swanson

**Elizabeth K. Swanson, D.M. (she/her)**
[Associate Director of Choral Activities, CU Boulder](#)
(Conductor, CU Treble Chorus and University Choir)
**University of Colorado Boulder**
Boulder, Colorado 80309
Email: [@colorado.edu](#)

--
[Associate Conductor, Ars Nova Singers](#)

**National ACDA Co-Chair, Student Activities**

--

CU Boulder acknowledges that it is located on the traditional territories and ancestral homelands of the Cheyenne, Arapaho, Ute and many other Native American nations. Their forced removal from these territories has caused devastating and lasting impacts.

*Full CU Boulder land acknowledgment*.