**From:** Sequoia Kay Hill <Hill@colorado.edu>
**Sent:** Tuesday, November 5, 2024 9:25 AM
**To:** Zoe Johnson <colorado.edu>
**Cc:** Danielle Edwards <colorado.edu>
**Subject:** RE: Request to Meet with the Office of Institutional Equity and Compliance

Hello Zoe,

I can understand your hesitancy in meeting with the OIEC. I want to again emphasize our purpose of the meeting is not only to discuss the reported concerns, but also hear your perspective so we can best serve everyone involved.

However, please note, you are required to join the meeting with the OIEC pursuant to the University of Colorado Protected Class Nondiscrimination Policy. Failure to do so could result in your being formally charged with a violation of the Protected Class Nondiscrimination Policy:

Provision III(C)(1): Failure to Comply with Orders or Sanctions – Not complying with orders of the Equity Office or other appropriate university officials related to this Policy including, but not limited to, No-Contact Orders, Exclusion Orders, and Orders for Interim Suspension. Members of the university community must abide by and complete sanctions related to prohibited conduct.

For your reference, failure to comply may result in a hold on your school account, preventing you from registering for classes until you meet with us. If you have any other questions in advance of our meeting, please let us know. Otherwise, we will see you Wednesday morning to discuss your concerns and learn about our expectations under the Protected Class Nondiscrimination Policy.

Sincerely,

Sequoia

**EXHIBIT 2**

Sequoia C. Kay Hill

*She, her, hers*

Investigator and Case Resolution Specialist

Office of Institutional Equity and Compliance

University of Colorado Boulder

Boulder, Colorado 80309

**Direct:** 303 735 7964

**Main:** 303 492 2127

CU Boulder acknowledges that it is located on the traditional territories and ancestral homelands of the Cheyenne, Arapaho, Ute and many other Native American nations. Their forced removal from these territories has caused devastating and lasting impacts. [Full CU Boulder land acknowledgment](#)

This email is confidential.  You may not share the information contained in this email without the express, written permission of the Office of Institutional Equity and Compliance.  If you are not the intended recipient of this message, please contact me immediately and shred and delete all copies of this message.

---

**From:** Zoe Johnson <@colorado.edu>
**Sent:** Monday, November 4, 2024 5:31 PM
**To:** Sequoia Kay Hill <@colorado.edu>
**Subject:** Re: Request to Meet with the Office of Institutional Equity and Compliance

What are the consequences if I choose not to attend this meeting?

---

**From:** Sequoia Kay Hill <@colorado.edu>
**Sent:** Monday, November 4, 2024 11:29 AM
**To:** Zoe Johnson <@colorado.edu>
**Cc:** Danielle Edwards <@colorado.edu>
**Subject:** Request to Meet with the Office of Institutional Equity and Compliance

Dear Zoe,

My name is Sequoia, and I work for the Office of Institutional Equity and Compliance (OIEC). My colleague Danie and I are reaching out to schedule a time to speak with you to discuss concerns reported into our office involving comments that you made to other students relating to protected class identities.

I want to emphasize that this meeting is purely an educational discussion. The educational resolution process does not include an investigation or potential sanctions; rather, the purpose of this discussion is to provide you with the information that was reported to our office and clarify expectations under the Protected Class Nondiscrimination Policy. This meeting is also an opportunity for you to share your perspective, so that we can understand and document what occurred from your perspective.

We would like to meet with you this week if possible. Would you be available to meet either **Wednesday November 6th at 9am** or **Thursday November 7th at 2pm** to meet via Zoom? If neither of these times work for you, please share your availability for the next week.

Please note, it is best practice not to engage with anyone whom you believe reported to our office regarding the report as it may be perceived as retaliatory. We prohibit acts of retaliation for anyone who chooses to speak with our office, including you if you choose to share in our meeting. We will discuss this in more detail when we meet.

We understand that it can be impactful to receive this message. You have access to confidential support through Counseling and Psychiatric Services. Their information is available at https://www.colorado.edu/counseling/.

We look forward to your reply with your availability.

Best,

Sequoia

Sequoia C. Kay Hill

*She, her, hers*

Investigator and Case Resolution Specialist

Office of Institutional Equity and Compliance

University of Colorado Boulder

Boulder, Colorado 80309

**Direct:** 303 735 7964

**Main:** 303 492 2127

CU Boulder acknowledges that it is located on the traditional territories and ancestral homelands of the Cheyenne, Arapaho, Ute and many other Native American nations. Their forced removal from these territories has caused devastating and lasting impacts. [Full CU Boulder land acknowledgment](#)

This email is confidential.  You may not share the information contained in this email without the express, written permission of the Office of Institutional Equity and Compliance.  If you are not the intended recipient of this message, please contact me immediately and shred and delete all copies of this message.