IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-00390-NRN

ZOE JOHNSON,

    Plaintiff,

v.

UNIVERSITY OF COLORADO,
TODD SALIMAN, in his individual and official capacity as President of the University of Colorado,
JUSTIN SCHWARTZ, in his individual and official capacity as Chancellor of the University of Colorado Boulder,
LLEN POMEROY, in her individual and official capacity as Associate Vice Chancellor for the Office of Institutional Equity and Compliance and Title IX Coordinator, and
ELIZABETH K. SWANSON, in her individual and official capacity as Associate Director of Choral Activities at the University of Colorado Boulder,

    Defendants.

---

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

    It is hereby ORDERED that Defendants' Unopposed Motion to Extend Deadline to Respond to Complaint (ECF No. 27) is GRANTED. Defendants shall answer or otherwise respond to Plaintiff's Complaint (ECF No. 1) on or before May 6, 2025.

    It is further ORDERED that Defendants' Unopposed Motion to Reschedule Scheduling/Planning Conference (ECF No. 28) is GRANTED. The Scheduling Conference set on May 1, 2025 at 11:00 a.m. is VACATED and RESET to May 21, 2025 at 11:30 a.m. Five minutes prior to the scheduled time, the parties are directed to call the conference line at (571) 353-2301, Access Code 841686937# to participate.

    The parties shall file the Consent/Non-Consent Form (ECF No. 14) on or before May 7, 2025. The proposed Scheduling Order is due on or before May 14, 2025.

Date: April 4, 2025