IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge N. Reid Neureiter**

| | |
|---|---|
| Civil Action No: 25-cv-00390-GPG-NRN | Date:  May 21, 2025 |
| Courtroom Deputy:  Román Villa | FTR:  Courtroom A401 |

| *Parties:* | *Counsel:* |
|---|---|
| ZOE JOHNSON, | Matthew Sarelson |
| | Geoffrey Blue |
| Plaintiff, | |
| v. | |
| UNIVERSITY OF COLORADO, | Hermine Kallman |
| TODD SALIMAN, in his individual and official capacity as President of University of Colorado; | Megan Clark |
| | Michael McMaster |
| | Warren Beck |
| JUSTIN SCHWARTZ, in his individual and official capacity as Chancellor of the University of Colorado Boulder; LLEN POMEROY, in her individual and official capacity as Associate Vice Chancellor for the Office of Institutional Equity and Compliance and Title IX Coordinator; | |
| ELIZABETH K. SWANSON, in her individual and official capacity as Associate Director of Choral Activities at the University of Colorado Boulder, | Josh Marks |
| Defendants. | |

## COURTROOM MINUTES

**TELEPHONIC SCHEDULING CONFERENCE**

**11:27 a.m.     Court in session.**

Court calls case. Appearances of counsel. Preliminary remarks by the Court.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:**

Initial Disclosures shall be made on or before June 2, 2025

Joinder of Parties/Amendment to Pleadings: July 7, 2025

Discovery Cut-off: January 21, 2026

Dispositive Motions Deadline: March 6, 2026

Each side shall be limited to **6** depositions, excluding experts.
For fact witnesses, depositions shall not exceed 7 hours for three deponents, all other fact depositions are limited to 4 hours. For retained experts, depositions shall not exceed 7 hours.
Each side shall be limited to **25** interrogatories, **25** requests for production, and **25** requests for admission.
Interrogatories, Requests for Production, and Requests for Admissions shall be served 45 days prior to the close of discovery.

Each side shall be limited to **2** expert witnesses, absent leave of court.
Disclosure of Affirmative Experts: **October 17, 2025**
Disclosure of Rebuttal Experts: **November 24, 2025**
The disclosure of Experts shall be consistent with Fed. R. Civ. P. 26(a)2(B).

**Telephonic Status Conference** is set for September 17, 2025, at 2:00 p.m. before Magistrate Judge N. Reid Neureiter in Courtroom A401, Fourth floor, Alfred A. Arraj Courthouse, 901 19th Street, Denver, Colorado 80294. **Five minutes prior to the start of the hearing, the parties shall call the conference line 571-353-2301, Access Code 841686937# to participate.**

**Final Pretrial Conference**: If no summary judgment motions are filed, the parties shall contact the Court jointly via email within ten days after the dispositive motions deadline to set a Final Pretrial Conference. If dispositive motions are filed, parties shall contact the Court jointly via email within thirty days after the Court has issued a ruling (assuming the case survives a motion for summary judgment) to set a Final Pretrial Conference.

**Counsel may not file any OPPOSED discovery motions without leave of court. Counsel are instructed that should a discovery dispute arise they are to comply with Local Rule 7.1(a) in an effort to resolve the issues. If that is unsuccessful, counsel shall jointly call Chambers at (303) 335-2403 to arrange for a discovery hearing before the Court. At least two business days prior to the hearing, the parties shall email Chambers** Neureiter_Chambers@cod.uscourts.gov **a joint statement, no longer than ten pages, setting out each party's position with regard to each dispute.**
**Parties are directed to www.cod.uscourts.gov and shall fully comply with the procedures of the judicial officer assigned to try this case on the merits.**

**Scheduling Order entered.**

**11:56 a.m.    Court in recess.**

Hearing concluded.
Total in-court time:   00:29

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.