IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-00390-GPG-NRN

ZOE JOHNSON,

    Plaintiff,

v.

UNIVERSITY OF COLORADO,
TODD SALIMAN, in his individual and official capacity as President of the University of Colorado,
JUSTIN SCHWARTZ, in his individual and official capacity as Chancellor of the University of Colorado Boulder,
LLEN POMEROY, in her individual and official capacity as Associate Vice Chancellor for the Office of Institutional Equity and Compliance and Title IX Coordinator, and
ELIZABETH K. SWANSON, in her individual and official capacity as Associate Director of Choral Activities at the University of Colorado Boulder,

    Defendants.

---

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

    Pursuant to communications with the parties, it is hereby ORDERED that a Discovery Dispute Hearing shall be SET for December 3, 2025 at 3:30 p.m. The parties are directed to prepare and email to Chamber (Neureiter_chambers@cod.uscourts.gov) by the close of business on November 26, 2025 a short (no longer than five pages each, ten pages total) joint statement setting forth each side's respective position concerning the dispute. The parties are advised that the joint statement will be attached to the courtroom minutes and made a part of the record.

    Five minutes prior to the scheduled time, the parties are directed to call the conference line at (571) 353-2301, Access Code 841686937# to participate.

Date: November 17, 2025