IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-00390-GPG-NRN

ZOE JOHNSON,

    Plaintiff,

v.

UNIVERSITY OF COLORADO,
TODD SALIMAN, in his individual and official capacity as President of the University of Colorado,
JUSTIN SCHWARTZ, in his individual and official capacity as Chancellor of the University of Colorado Boulder,
LLEN POMEROY, in her individual and official capacity as Associate Vice Chancellor for the Office of Institutional Equity and Compliance and Title IX Coordinator, and
ELIZABETH K. SWANSON, in her individual and official capacity as Associate Director of Choral Activities at the University of Colorado Boulder,

    Defendants.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

    Pursuant to communications with the parties, it is hereby ORDERED that a Discovery Hearing is SET on January 20, 2026 at 2:00 p.m. The parties are directed to prepare and email to Chambers (Neureiter_chambers@cod.uscourts.gov) by the close of business on January 13, 2026 a short (no longer than five pages each, ten pages total) joint statement setting forth each side's respective position concerning the dispute. The parties are advised that the joint statement will be attached to the courtroom minutes and made a part of the record.

    The parties are directed to call the conference line as a participant at 571-353-2301, Access Code 841686937# at the scheduled time.

Date: January 7, 2026