IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-00390-GPG-NRN

ZOE JOHNSON,

     Plaintiff,

v.

UNIVERSITY OF COLORADO,
TODD SALIMAN, in his individual and official capacity as President of the University of Colorado,
JUSTIN SCHWARTZ, in his individual and official capacity as Chancellor of the University of Colorado Boulder,
LLEN POMEROY, in her individual and official capacity as Associate Vice Chancellor for the Office of Institutional Equity and Compliance and Title IX Coordinator, and
ELIZABETH K. SWANSON, in her individual and official capacity as Associate Director of Choral Activities at the University of Colorado Boulder,

     Defendants.

---

MINUTE ORDER

---

Entered by Magistrate Judge N. Reid Neureiter

     It is hereby ORDERED that Plaintiff's Unopposed Time-Sensitive Motion for Clarification of the January 20 Discovery Order (ECF No. 70) is GRANTED. The Court hereby clarifies that the deadline to produce the investigative files in question is **February 13, 2026**.

Date: January 29, 2026