IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Gordon P. Gallagher

Date: February 10, 2026
Courtroom Deputy: Donald L. Clement
Court Reporter: Megan Strawn

Criminal Action No. **1:25-cv-00390-GPG-NRN**

ZOE JOHNSON,

    Plaintiff,

v.

UNIVERSITY OF COLORADO,
JUSTIN SCHWARTZ,
*in his individual and official capacity as Chancellor,*
LLEN POMEROY,
*In her individual and official capacity as Vice Chancellor and Title IX Coordinator,*
ELIZABETH K. SWANSON,
*In her individual and official capacity as Associate Director of Choral Activities,*
SEQUOIA K. HILL, *in her individual capacity,*
DANIE EDWARDS, *in her individual capacity,*

    Defendant.

Counsel:

Matt Sarelson
Madison Hahn via VTC

Hermine Kallman
Megan H. Clark
Michael D. McMaster
Robert Warren Beck
Josh Marks

**COURTROOM MINUTES**

**Video Motion Hearing**

**1:59 p.m.        Court in session.**

Appearances of counsel.

Court has reviewed the following documents prior to the hearing:

- Motion to Dismiss Plaintiff's Amended Complaint by Defendants Llen Pomeroy and University of Colorado [D. 40], filed June 6, 2025
- Motion to Dismiss by Defendant Elizabeth Swanson [D. 41], filed June 6, 2025
- Response to ECF 40 Motion to Dismiss [D. 48], filed July 14, 2025
- Response to ECF 41 Motion to Dismiss [D. 49], filed July 14, 2025
- Reply to Response to ECF 40 Motion to Dismiss [D. 52], filed July 28, 2025
- Reply to Response to ECF 41 Motion to Dismiss [D. 53], filed July 28, 2025
- Motion to Dismiss Plaintiff's Amended Complaint by Defendants Sequoia Hill and Danie Edwards [D. 56], filed August 25, 2025
- Response to ECF 56 Motion to Dismiss [D. 57], filed September 15, 2025
- Reply to Response ECF 56 Motion to Dismiss [D. 63], filed September 29, 2025

Court raises Motion to Dismiss [D. 40, 41, and 56] for argument. Ms. Clark provides argument in support of the Motions to Dismiss [D. 40 and D. 56]. Mr. Marks provides argument in support of Motion to Dismiss [D. 41]. Mr. Sarelson provides argument against all motions to dismiss.

**ORDERED:** that Motion to Dismiss by Defendant Pomeroy and University of Colorado [D. 40], Motion to Dismiss by Defendant Swanson [D. 41], and Motion to Dismiss [D. 56] by Defendant Hill and Edwards are taken under advisement with a written order to be issued.

**ORDERED:** the Oral Motion to submit a Motion to Amend is GRANTED and that on or before Tuesday February 17, 2026, the Plaintiff is to file any Motion to Amend.

**3:21 p.m.    Court is adjourned. Hearing concluded.**

Total time in court: 1 Hour 22 Minutes