IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-00390-GPG-NRN

ZOE JOHNSON,

     Plaintiff,

v.

UNIVERSITY OF COLORADO,
TODD SALIMAN, in his individual and official capacity as President of the University of Colorado,
JUSTIN SCHWARTZ, in his individual and official capacity as Chancellor of the University of Colorado Boulder,
LLEN POMEROY, in her individual and official capacity as Associate Vice Chancellor for the Office of Institutional Equity and Compliance and Title IX Coordinator, and
ELIZABETH K. SWANSON, in her individual and official capacity as Associate Director of Choral Activities at the University of Colorado Boulder,

     Defendants.

---

## MINUTE ORDER

---

Entered by Magistrate Judge N. Reid Neureiter

     Pursuant to email communications with the parties, it hereby ORDERED that the Motion Hearing currently set for April 2, 2026 at 2:00 p.m. shall be RESET to April 7, 2026 at 3:30 p.m.

     The Motion Hearing will be conducted **in person** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.

Date: March 17, 2026