IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge N. Reid Neureiter**

Civil Action No: 25-cv-00390-GPG-NRN          Date:  April 7, 2026
Courtroom Deputy: Román Villa                        FTR:   Courtroom A401

| _Parties:_ | _Counsel:_ |
|---|---|
| ZOE JOHNSON, | Matthew Sarelson |
| Plaintiff, | |
| v. | |
| UNIVERSITY OF COLORADO, _et al._, | Hermine Kallman |
| | Megan Clark |
| | Michael McMaster |
| | Robert Beck |
| | Josh Marks |
| Defendants. | |

**COURTROOM MINUTES**

**MOTION HEARING**

**3:35 p.m.      Court in session.**

Court calls case. Appearances of Counsel.

This matter is before the Court regarding the Motion for Leave to File a Second Amended Complaint (Dkt. #80).

Arguments by counsel.

For the reasons stated on the record, it is

**ORDERED**:   The Motion for Leave to File a Second Amended Complaint (**Dkt. #80**) is **GRANTED**. Plaintiff shall file a clean copy of the Second Amended Complaint by close of business on April 10, 2026.

All scheduling order deadlines are **STAYED**.

**ORDERED:**    Further telephonic **Status Conference** is set for J**une 15, 2026 at 10:00** a.m. before Magistrate Judge N. Reid Neureiter in Courtroom A401, Fourth floor, Alfred A. Arraj Courthouse, 901 19th Street, Denver, Colorado 80294. **Five minutes prior to the start of the hearing, the parties shall call the conference line 571-353-2301, Access Code 841686937# to participate.**

**4:36 p.m.**     **Court in recess.**

Hearing concluded.
Total in-court time:   01:01

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.